## SWAN LAKE WILDLIFE ASSOCIATION, INC., Respondent,

v.

## WAYNE FOSTER FARMS, INC., Appellant.

### WD 78611

Missouri Court of Appeals, Western District.

ORDER FILED: April 19, 2016

Trentis E. Miller and Lauren A. Horsman, Chillicothe, MO, Attorneys for Respondent.

Merrill R. Talpers and Stephen W. Nichols, Kansas City, MO, Attorneys for Appellant.

Before Division II: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

Wayne Foster Farms, Inc. ("Foster Farms") appeals the judgment of the Circuit Court of Chariton County, Missouri, enforcing the settlement agreement between Foster Farms and Swan Lake Wildlife Association, Inc. ("Swan Lake") that granted Swan Lake an easement over land owned by Foster Farms. Because a published opinion would serve no jurisprudential purpose, the parties have separately been provided a legal memorandum setting forth the basis for our ruling. Rule 84.16(b). The judgment is affirmed.